Jonathan A. Rich (NV Bar #15312)
**COZEN O'CONNOR**
500 North Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Phone: (702) 470-2324
Fax: (702) 470-2359
Email: jarich@cozen.com

*Attorney for Defendant*
*Perry Johnson & Associates, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RATIEK LOWERY, individually and on behalf of all others similarly situated, | CASE NO.: 2:23-cv-01857 |
| *Plaintiff*, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS PERRY JOHNSON & ASSOCIATES, INC. AND NORTHWELL HEALTH, INC. TO RESPOND TO PLAINTIFF RATIEK LOWERY'S COMPLAINT** |
| v. | |
| PERRY JOHNSON & ASSOCIATES, INC. | |
| and | |
| NORTHWELL HEALTH, INC., | **FIRST REQUEST** |
| *Defendants*. | |

Plaintiff Ratiek Lowery, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants Perry Johnson & Associates, Inc. ("PJ&A") and Northwell Health, Inc. ("Northwell" and, collectively with PJ&A, "Defendants") stipulate and respectfully request under Local Rule IA 6 that this Court extend the time for Defendants to respond to Plaintiff's complaint in the above-captioned action (the "Complaint") until **March 1, 2024**.

Plaintiff filed the Complaint on November 13, 2023 and served Northwell on November 16, 2023 and PJ&A on November 15, 2023, respectively.

On December 8, 2023, Plaintiff filed a Motion for Transfer of Actions to United States District Court for the District of Nevada for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 (the "Motion") in the Judicial Panel on Multidistrict Litigation

1

("JPML"). *See In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation*, Case MDL No. 3096, ECF No. 1 (December 8, 2023). The motion directly concerns the potential consolidation and transfer of at least forty-five related putative class action complaints. The JPML heard oral arguments on the Motion on January 25, 2024.

Defendants' individual responses are currently due by January 29, 2024.

This extension is necessary to allow the JPML sufficient time to evaluate the various related actions, twenty-one of which have been filed in this District alone. A list of these related actions is included as Appendix A. As nearly every party—including Plaintiff and Defendants—has agreed that centralization is proper, the primary question for the JPML is *where* to centralize the cases, not *whether* to centralize them.

Plaintiff and the Defendants consent to this request. This is the first request for extension of time for this deadline. The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

/ / /

/ / /

IT IS SO STIPULATED.

2

Dated: January 26, 2024.

SNELL & WILMER LLP

By: /s/ Alex L. Fugazzi
   Alex L. Fugazzi (NV Bar #9022)
   Aleem A. Dhalla (NV Bar #14188)
   3883 Howard Hughes Parkway, Ste 1100
   Las Vegas, NV 89169-5958
   Telephone: (702) 784-5200
   afugazzi@swlaw.com
   Adhalla@swlaw.com

   William L. Roberts*
   Kathryn E. Caldwell*
   Andrew B. Cashmore*
   ROPES & GRAY LLP
   Prudential Tower
   800 Boylston Street
   Boston, Massachusetts 02199-3600
   Phone: (617) 951-7000
   Fax: (617) 951-7050
   william.roberts@ropesgray.com
   kathryn.caldwell@ropesgray.com
   andrew.cashmore@ropesgray.com

   Glen J. Dalakian II*
   ROPES & GRAY LLP
   1211 Avenue of the Americas
   New York, New York 10036-8704
   Phone: (212) 596-9000
   Fax: (212) 596-9090
   glen.dalakian@ropesgray.com

*Counsel for Defendant Northwell Health, Inc.*
*\*pro hac vice forthcoming*

Dated: January 26, 2024.

STRANCH, JENNINGS & GARVEY, PLLC

By: Nathan R. Ring
   Nathan R. Ring (NV Bar #12078)
   3100 W. Charleston Blvd, Suite 208
   Las Vegas, NV 89102
   Phone: (725) 235-9750
   lasvegas@stranchlaw.com
   nring@stranchlaw.com

   Ben Barnow (*Pro Hac Vice*)
   Anthony L. Parkhill (*Pro Hac Vice*)
   BARNOW AND ASSOCIATES, P.C.
   205 W. Randolph St., Suite 1630
   Chicago, Illinois 60606
   Phone: (312) 621-2000
   b.barnow@barnowlaw.com
   aparkhill@barnowlaw.com

*Counsel for Plaintiff and Putative Class*

Dated: January 26, 2024.

COZEN O'CONNOR

By: /s/ Jonathan A. Rich
   Jonathan A. Rich (NV Bar #15312)
   500 North Rainbow Blvd., Suite 300
   Las Vegas, NV 89107
   Phone: (702) 470-2324
   Fax: (702) 470-2359
   jarich@cozen.com

*Counsel for Defendant Perry Johnson & Associates, Inc.*

# ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Defendants shall have up to and including **March 1, 2024** to respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

_____
Nancy J. Koppe
United States Magistrate Judge
.
Dated: January 29, 2024

4